# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAURICE TUBBS, | ) |
| Petitioner, | ) |
| -vs- | ) Case No. CIV-14-1282-F |
| TIM WILKINSON, Warden, Davis Correctional Facility, | ) |
| Respondent. | ) |

## ORDER

On November 20, 2014, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation, wherein he recommended that the petition filed by petitioner, Maurice Tubbs for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied.

Presently before the court is petitioner's objection to Magistrate Judge Purcell's Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with the analysis of Magistrate Judge Purcell. The court finds petitioner's objection to be without merit. Therefore, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of United States Magistrate Judge Gary M. Purcell issued on November 20, 2014 (doc. no. 8) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.

The Petition for Writ of *Habeas Corpus* filed by petitioner, Maurice Tubbs, on November 9, 2014 is **DENIED**.

Judgment shall issue forthwith.

DATED January 8, 2015.

/s/ S P Friot
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-1282p002.wpd